1
2
3
4
5
6
7
8
9
10        UNITED STATES DISTRICT COURT
11        NORTHERN DISTRICT OF CALIFORNIA
12        SAN FRANCISCO DIVISION
13

14 | PHOENIX TECHNOLOGIES LTD., a Delaware corporation | Case No. 3:15-cv-01414-HSG
15 | | **ORDER GRANTING SUBSTITUTION OF COUNSEL FOR VMWARE, INC.**
16 | Plaintiff, |
17 | vs. |
18 | VMWARE, INC., a Delaware Corporation |
19 | Defendant. |

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL FOR VMWARE, INC.
CASE NO. 3:15-cv-01414-HSG
sf-3536671

1  IT IS HEREBY APPROVED AND SO ORDERED that Morrison & Foerster LLP is
2  substituted for Skadden, Arps, Slate, Meagher & Flom, LLP as counsel of record for Defendant
3  VMware, Inc.

**IT IS SO ORDERED.**

Dated:  May 18, 2015

_____
The Hon. Haywood S. Gilliam Jr.
District Judge, United States District Court
for the Northern District of California

[Proposed] Order granting Substitution of Counsel for VMware, Inc.
Case No. 3:15-cv-01414-HSG
sf-3536671

1