MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ALEXANDRIA A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant/Counterclaimant
VMWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>VMWARE, INC., a Delaware Corporation<br><br>Defendant.<br>—————————————————<br>VMWARE, INC., a Delaware Corporation<br><br>Defendant/Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware corporation<br><br>Plaintiff/Counterdefendant. | Case No. 3:15-cv-01414-HSG<br><br>**VMWARE, INC.'S STIPULATED MOTION TO AMEND ITS ANSWER TO PHOENIX TECHNOLOGIES LTD'S COMPLAINT, AND PROPOSED ORDER**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Trial Date: Not Yet Set |

# STIPULATED MOTION FOR LEAVE TO AMEND ANSWER

Defendant VMware, Inc. ("VMware") hereby respectfully requests, pursuant to Federal Rule of Civil Procedure 15, and with the assent of Plaintiff Phoenix Technologies Ltd. ("Plaintiff"), that VMware be allowed to amend its Answer.  VMware's Amended Answer is attached herein as Exhibit A.  As grounds for this request, VMware states as follows:

1. The parties have met and conferred and agreed that VMware would add two affirmative defenses:  (1) language from Paragraph 2.4 of the 2005 Amendment, and (2) 17 U.S.C. Section 117;

2. This is the first request to amend the answer, and is not being made for purposes of delay or for any other improper purpose;

3. Plaintiff, through its counsel, has agreed to the request for leave to amend VMware's answer based on the representation that the amendment will include only the revisions noted above.

WHEREFORE, VMware requests that the Court grant its motion for leave to amend its answer.

Dated: July 8, 2015          MICHAEL A. JACOBS
                             ARTURO J. GONZÁLEZ
                             ALEXANDRIA A. AMEZCUA
                             MORRISON & FOERSTER LLP


                             By:   */s/ Arturo J. González*
                                    Arturo J. González

                                    Attorneys for Defendant/Counterclaimant
                                    VMWARE, INC.

1 | So stipulated.

COOLEY LLP
MICHAEL G. RHODES (116127)
WHITTY SOMVICHIAN (194463)
DREW KONING (263082)


By: /s/ Whitty Somvichian
     Whitty Somvichian

Attorneys for Plaintiff/Counterdefendant
PHOENIX TECHNOLOGIES LTD

**IT IS SO ORDERED.**

Dated: _July 10_, 2015

The Hon. Haywood S. Gilliam Jr.
District Judge, United States District Court
for the Northern District of California

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3) and General Order No. 45, § X.B., I hereby attest that Whitty Somvichian has concurred in this filing.

Dated: July 8, 2015        /s/ Arturo J. González
                           Arturo J. González

STIPULATED MOTION FOR LEAVE TO AMEND ANSWER
CASE NO. 3:15-cv-01414-HSG
sf-3549449

3