COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
DREW KONING (263082)
(dkoning@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

COOLEY LLP
AMANDA A. MAIN (260814)
(amain@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Plaintiff and Counterdefendant
PHOENIX TECHNOLOGIES LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 15-cv-01414-HSG<br><br>**JOINT REQUEST FOR ENTRY OF PROTECTIVE ORDER**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Trial Date: November 28, 2016 |
| VMWARE, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>Counterdefendant. | |

1   Plaintiff Phoenix Technologies Ltd. ("Phoenix") and Defendant VMware, Inc.
2   ("VMware") (collectively, the "Parties") respectfully request that the Court enter the Proposed
3   Stipulated Protective Order, filed concurrently herewith.

4   Phoenix notes that it objects to VMware's designation of competitors in Exhibit B as
5   potentially overbroad, but agrees to seek entry of the Protective Order with Exhibit B in the
6   interest of facilitating the prompt production of documents in this case.  Phoenix reserves its right
7   to challenge VMware's designation of competitors in Exhibit B for purposes of any provision in
8   the Protective Order that refers or relates to the parties' respective competitors.   Any such
9   potential disputes will be resolved under the processes set forth in the Protective Order.

10

11   Dated: September 8, 2015

12   COOLEY LLP

13

14   /s/ Amanda A. Main
     _____
15   Amanda A. Main

16   COOLEY LLP
     MICHAEL G. RHODES (116127)
17   (rhodesmg@cooley.com)
     WHITTY SOMVICHIAN (194463)
18   (wsomvichian@cooley.com)
     DREW KONING (263082)
19   (dkoning@cooley.com)
     101 California Street, 5th Floor
20   San Francisco, CA 94111-5800
     Telephone:     (415) 693-2000
21   Facsimile:     (415) 693-2222

22   COOLEY LLP
     AMANDA A. MAIN (260814)
23   (amain@cooley.com)
     3175 Hanover Street
24   Palo Alto, CA 94304-1130

25   Attorneys for Plaintiff and Counterdefendant
     PHOENIX TECHNOLOGIES LTD.

26

27

28

Dated: September 8, 2015

MORRISON & FOERSTER LLP


/s/ Arturo J. González
_____
Arturo J. González

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (111664)
(MJacobs@mofo.com)
ARTURO J. GONZALEZ (121490)
(AGonzalez@mofo.com)
ALEXANDRIA A. AMEZCUA (247507)
(AAmezcua@mofo.com)
CHRISTOPHER J. WEINER (280476)
(CWiener@mofo.com)
CAMILA A. TAPERNOUX (299289)
(CTapernoux@mofo.com)
425 Market Street
San Francisco, CA 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

Attorneys for Defendant  and Counterclaimant
VMWARE, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ATTESTATION
**(Civil Local Rule 5-1(i)(3))**

I, Amanda A. Main, attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ Amanda A. Main
Amanda A. Main

121200869

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.