COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
DREW KONING (263082)
(dkoning@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

COOLEY LLP
AMANDA A. MAIN (260814)
(amain@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Plaintiff and Counterdefendant
PHOENIX TECHNOLOGIES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 15-cv-01414-HSG<br><br>**STIPULATED REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE CORLEY** |
| VMWARE, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>Counterdefendant. | Judge:        Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 15, 18th Floor<br>                    450 Golden Gate Avenue<br>                    San Francisco, CA<br><br>Trial Date:  November 28, 2016 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

122071208

**STIP. REQ. FOR REFERRAL TO SETTLEMENT CONFERENCE WITH MAG. JG. CORLEY;
CASE NO. 15-01414-HSG**

**STIPULATED REQUEST**

This Stipulated Request is submitted by Phoenix Technologies Ltd. ("Phoenix") and VMware, Inc. ("VMware") (collectively, the "Parties").

WHEREAS, on June 25, 2015, the Parties participated in an initial ADR Phone Conference call held by Howard A. Herman, Director of the Court's ADR Program.

WHEREAS, on September 22 and 29, 2015, the Parties participated in further ADR Phone Conferences with Mr. Herman and have agreed that this dispute should be referred to a settlement conference with the Honorable Magistrate Judge Jacqueline Scott Corley.

NOW, THEREFORE, the Parties respectfully request that this Court refer this matter to a settlement conference with the Honorable Magistrate Judge Jacqueline Scott Corley.

**IT IS SO STIPULATED.**

Dated: October 1, 2015

COOLEY LLP

*/s/ Whitty Somvichian*
Whitty Somvichian

Attorneys for Plaintiff and Counterdefendant
PHOENIX TECHNOLOGIES LTD.

Dated: October 1, 2015

MORRISON & FOERSTER LLP

/s/ *Arturo J. González*
Arturo J. González

Attorneys for Defendant and Counterclaimant
VMWARE, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

122071208

1.

STIP. REQ. FOR REFERRAL TO SETTLEMENT
CONFERENCE WITH MAG. JG. CORLEY;
CASE NO. 15-01414-HSG

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The matter will be referred for a settlement conference with the Honorable Magistrate Judge Jacqueline Scott Corley, on a mutually agreeable date to be determined among the parties and Judge Corley.

Date: <u>October 2, 2015</u>

*[signature: Haywood S. Gilliam Jr.]*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

122071208

2.

**STIP. REQ. FOR REFERRAL TO SETTLEMENT CONFERENCE WITH MAG. JG. CORLEY;
CASE NO. 15-01414-HSG**

**ATTESTATION**
**(Civil Local Rule 5-1 (i)(3))**

I, Whitty Somvichian, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  Executed on October 1, 2015 in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

122071208

3.

STIP. REQ. FOR REFERRAL TO SETTLEMENT CONFERENCE WITH MAG. JG. CORLEY;
CASE NO. 15-01414-HSG