UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>VMWARE, INC.,<br><br>    Defendant. | Case No. 15-cv-01414-HSG   (DMR)<br><br>**ORDER RE JANUARY 28, 2016 DISCOVERY HEARING**<br><br>Re: Dkt. No. 62 |

The court has reviewed the parties' January 8, 2016 joint discovery letter brief, which is set for hearing on January 28, 2016. [Docket No. 62.] In the letter, the parties seek resolution regarding four discovery disputes. As to the disputes about Plaintiff's privilege log and Defendant's response to interrogatory no. 8, it appears that the parties have not exhausted the meet and confer process. As to the dispute about the date of Plaintiff's production of documents responses to request for production no. 40, this is an issue about which the parties should be able to meet and confer and come to an agreement. Accordingly, the court orders the parties to appear at the courthouse at 9:00 a.m. on January 28, 2016 to meet and confer prior to the 11:00 a.m. hearing before the undersigned. At the 11:00 a.m. hearing, the parties shall be prepared to succinctly describe any outstanding issue(s) raised in the January 8, 2016 joint letter.

**IT IS SO ORDERED.**

Dated: January 15, 2016



Donna M. Ryu
United States Magistrate Judge