MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ALEXANDRIA A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
VMWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., a Delaware Corporation<br><br>Defendant. | Case No. 15-cv-01414-HSG<br><br>**STIPULATION TO MODIFY EXPERT REPORT DEADLINES AND ORDER**<br><br>**[CIVIL L.R. 6-2]**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Trial Date: November 28, 2016 |
| VMWARE, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>Counterdefendant. | |

STIPULATION AND [PROPOSED] ORDER RE EXPERT REPORTS
CASE NO. 3:15-cv-01414-HSG
sf-3636453

1

**STIPULATION**

2   Pursuant to Civil Local Rule 6-2, Phoenix Technologies Ltd. ("Plaintiff") and Defendant

3   VMware, Inc. ("Defendant") (collectively, the "Parties") file this joint stipulation requesting that

4   the Court issue an order modifying certain deadlines in order to streamline expert discovery

5   relating to damages in this case.  The parties accordingly stipulate as follows:

6   WHEREAS, the Court's case management schedule requires opening expert disclosures

7   by May 6, 2016 and rebuttal expert disclosures by May 27, 2016;

8   WHEREAS, to allow the completion of fact discovery in this matter, the Parties believe a

9   slight extension to the schedule for expert reports would be beneficial;

10   WHEREAS, the remedy of infringer's profits includes issues on which Phoenix and

11   VMware, respectively, bear the burden of proof;

12   WHEREAS, the Parties wish to streamline the presentation of expert reports;

13   WHEREAS, the Parties agree that both VMware and Phoenix shall serve opening

14   technical reports on the Opening Expert Disclosure date, and then a set of rebuttal technical

15   reports, if appropriate, on the Rebuttal Expert Disclosure date;

16   WHEREAS, the Parties agree that Phoenix shall serve an opening expert report on all

17   damages issues for which it bears the burden of proof on the Opening Expert Disclosure date,

18   VMware shall serve a single expert report rebutting Phoenix's damages report and offering

19   opinions and analysis regarding damages issues for which VMware bears the burden of proof on

20   the Rebuttal Expert Disclosure date, and Phoenix shall serve a reply report rebutting VMware's

21   damages report on the Reply Expert Disclosure date,

22   NOW, THEREFORE, the Parties hereby stipulate and agree to the following deadlines for

23   expert reports:

24

25

| | Prior Deadline | New Deadline |
|---|---|---|
| **Opening Expert Disclosures.** *For Phoenix*: Phoenix's opening damages report from Mr. Lynde, and technical expert reports from Mr. Zeidman and Mr. Polish. *For VMware*: VMware's technical expert reports from Mr. Cullimore and Mr. Mowry. | May 6, 2016 | May 13, 2016 |

26

27

28

STIPULATION AND [PROPOSED] ORDER RE EXPERT REPORTS
CASE NO. 3:15-cv-01414-HSG
sf-3636453

|  | Prior Deadline | New Deadline |
|---|---|---|
| **Rebuttal Expert Disclosures**. *For Phoenix*: rebuttal technical expert reports from Mr. Zeidman and Mr. Polish. *For VMware*: damages expert report rebutting Mr. Lynde and on issues for which it bears the burden of proof (i.e., for the remedy of infringer's profits, deductible expenses and the portion of profit attributable to the copyrighted work) from Ms. Davis and rebuttal technical expert reports from Mr. Cullimore and Mr. Mowry. | May 27, 2016 | June 10, 2016 |
| **Phoenix's Reply Damages Expert Report** from Mr. Lynde rebutting VMware's damages expert report. | -- | June 27, 2016 |
| **Expert Discovery Cutoff** | June 24, 2016 | July 8, 2016 |
| **Last Day to File Motion to Compel Expert Discovery** | July 1, 2016 | July 15, 2016 |

The parties have also mutually agreed to withdraw certain 30(b)(6) deposition topics. To the extent an expert relies upon information obtained from an employee who has not already been deposed in rendering their opinions that would have been the subject of one of the withdrawn 30(b)(6) topics, the opposing party may have the opportunity to depose that employee, notwithstanding the fact discovery cut-off of April 29, 2016. Any such deposition would be limited solely to the information provided by the employee that the expert relied upon. Should a party request an additional fact witness deposition pursuant to this provision, the notice must be served no later than five days after service of the expert report that relies upon the employee information, or if it is not clear from the report, within five days of the deposition of that expert.

The Parties submit that the schedule modification proposed above would not change any other deadlines in this case or for the Court.

//

//

1

2      Dated: April 8, 2016              COOLEY LLP

3

4                                        */s/ Whitty Somvichian*
                                         _____
5                                        Whitty Somvichian
                                         Attorneys for Plaintiff
6                                        PHOENIX TECHNOLOGIES LTD.

7      Dated: April 8, 2016              MORRISON & FOERSTER LLP

8

9                                        */s/ Arturo J. González*[1]
                                         _____
10                                       Arturo J. González
                                         Attorneys for Defendant
11                                       VMWARE, INC.

12

13     **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

14

15     Dated:  4/11/2016           By: _____
       _____      HAYWOOD S. GILLIAM, JR.
16                                       United States District Judge

17

18

19

20

21

22

23

24

25

26
       _____
27        [1] I, Arturo J. González, am the ECF User whose ID and password are being used to file
       this Declaration.  In compliance with Civil L.R. 5-1(i)(3) I hereby attest that Whitty Somvichian
28     has concurred in this filing.

       STIPULATION AND [PROPOSED] ORDER RE EXPERT REPORTS
       CASE NO. 3:15-cv-01414-HSG                                                    3
       sf-3636453