

Whitty Somvichian
+1 415 693 2061
wsomvichian@cooley.com


April 18, 2016

The Honorable Magistrate Judge Donna M. Ryu
United States District Court
Northern District of California
1301 Clay Street
Courtroom 4, 3rd Floor
Oakland, CA 94612

**Re: Phoenix Technologies Ltd. v. VMware, Inc., Case No. 3:15-cv-01414-HSG (DMR)
April 19, 2016 Telephonic Conference**

Dear Judge Ryu:

We write to update the Court regarding the joint discovery letter (Dkt. No. 81) currently scheduled for telephonic conference with the Court tomorrow, April 19, 2016, at 11:00am. The parties have made progress and agree that the telephonic conference can be taken off calendar at this time.


Dated: April 18, 2016        _/s/ Whitty Somvichian_____
                             Whitty Somvichian
                             Counsel for Plaintiff Phoenix Technologies Ltd.


Dated: April 18, 2016        _/s/ Arturo J. González[1]_____
                             Arturo J. González
                             Counsel for Defendant VMware, Inc.



130341551 v1

---

[1] Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.