COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
DREW KONING (263082)
(dkoning@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

COOLEY LLP
AMANDA A. MAIN (260814)
(amain@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Plaintiff and Counterdefendant
PHOENIX TECHNOLOGIES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>            Defendant. | Case No. 15-cv-01414-HSG<br><br>**JOINT STIPULATION TO CONTINUE CERTAIN DEADLINES RELATING TO FACT DISCOVERY** |
| VMWARE, INC., a Delaware Corporation,<br><br>            Counterclaimant,<br><br>    v.<br><br>PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>            Counterdefendant. | Judge:         Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  15, 18th Floor<br>                     450 Golden Gate Avenue<br>                     San Francisco, CA<br><br>Trial Date:   November 28, 2016 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & ~~PROPOSED~~ ORDER
TO CONTINUE CERTAIN DEADLINES;
CASE NO. 15-01414-HSG

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Phoenix Technologies Ltd. ("Phoenix") and VMware, Inc. ("VMware") (collectively, the "Parties") file this joint stipulation requesting that the Court issue an Order modifying certain deadlines relating to fact discovery.

WHEREAS, the fact discovery deadline is April 29, 2016;

WHEREAS, the deadline for serving responses to various written discovery is April 27 and 29, 2016;

WHEREAS, per Civil Local Rule 37-3, May 6, 2016 is the last day on which the Parties can file a motion to compel fact discovery;

WHEREAS, the Parties are continuing to meet and confer in good faith to resolve numerous outstanding issues, for which a motion to compel is otherwise due on May 6, 2016; and

WHEREAS, in an effort to avoid prematurely and unnecessarily raising issues with the Court, the Parties agree to a short extension of the deadline for responding to outstanding written discovery from April 27 and 29, 2016 to May 4, 2016, and also the deadline for filing a motion to compel fact discovery from May 6, 2016 to May 20, 2016.

NOW, THEREFORE, Parties hereby stipulate and agree to the following deadlines:

- Deadline for responding to outstanding written discovery is continued from April 27 and 29, 2016 to May 4, 2016; and
- Deadline for filing a motion to compel fact discovery is continued from May 6, 2016 to May 20, 2016.

The Parties submit that the schedule modification proposed above would not change any other deadlines in this case or for the Court.

**IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION & ~~PROPOSED~~ ORDER
TO CONTINUE CERTAIN DEADLINES;
CASE NO. 15-01414-HSG

Dated: April 27, 2016

COOLEY LLP

*/s/ Whitty Somvichian*
Whitty Somvichian[1]

Attorneys for Plaintiff and Counterdefendant
PHOENIX TECHNOLOGIES LTD.

Dated: April 27, 2016

MORRISON & FOERSTER LLP

*/s/ Arturo J. González*
Arturo J. González

Attorneys for Defendant and Counterclaimant
VMWARE, INC.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Date: April 27, 2016

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

130899998

---

[1] I, Whitty Somvichian, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Arturo Gonzalez has concurred in this filing.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION & ~~PROPOSED~~ ORDER
TO CONTINUE CERTAIN DEADLINES;
CASE NO. 15-01414-HSG