UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>VMWARE, INC.,<br><br>    Defendant. | Case No.  15-cv-01414-HSG   (DMR)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO COMPEL**<br><br>Re: Dkt. No. 102 |

The fact discovery cut-off in this matter was April 29, 2016.  Pursuant to Civil Local Rule 37-3, "no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off."  At the parties' joint request, the court extended the motion to compel deadline to May 20, 2016.  [Docket No. 97.]  On June 9, 2016, the parties filed a joint discovery letter in which Defendant VMware, Inc. moves to compel Plaintiff Phoenix Technologies Ltd. ("Phoenix") to supplement four interrogatory responses.  [Docket No. 102.]  VMWare's motion is thus three weeks late.

VMWare asserts that it agreed not to raise Phoenix's allegedly deficient interrogatory responses by the May 20, 2016 extended deadline based on Phoenix's representation that it would supplement its responses.  Phoenix did supplement its responses, but VMWare believes they are still deficient.  By deciding to postpone taking action, especially after receiving a two-week extension, VMWare assumed the risk that the court would deny any late-filed motion as untimely.

VMWare's motion is denied as untimely.

**IT IS SO ORDERED.**

Dated: June 16, 2016

_____
Donna M. Ryu
United States Magistrate Judge