UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>Defendant.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>Counterdefendant. | Case No. 15-cv-01414-HSG<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING PLAINTIFF PHOENIX TECHNOLOGIES LTD.'S APPLICATION FOR LEAVE TO FILE AMENDED DECLARATIONS OF WHITTY SOMVICHIAN SUBMITTED IN SUPPORT OF PLAINTIFF PHOENIX TECHNOLOGIES LTD.'S MOTION FOR SUMMARY JUDGMENT, OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND REPLY ISO PHOENIX'S SUMMARY JUDGMENT MOTION<br><br>**DEMAND FOR JURY TRIAL**<br><br>Trial Date: November 28, 2016 |

1  Having reviewed and considered Plaintiff Phoenix Technologies Ltd.'s ("Phoenix") Application for Leave to File Amended Declarations of Whitty Somvichian Submitted In Support of Plaintiff Phoenix Technologies Ltd.'s Motion for Summary Judgment, Opposition to Defendant's Motion for Summary Judgment, and Reply In Support of Phoenix's Summary Judgment Motion, and good cause appearing therefore, it is hereby ORDERED that Phoenix's Application for Leave to File Amended Declarations of Whitty Somvichian is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: ___September 27___, 2016

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge