MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ALEXANDRIA A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
DIANA B. KRUZE (CA SBN 247605)
DKruze@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
VMWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PHOENIX TECHNOLOGIES LTD, a Delaware corporation,

Plaintiff,

v.

VMWARE, INC., a Delaware corporation,

Defendant.

VMWARE, INC., a Delaware corporation,

Counterclaimant,

v.

PHOENIX TECHNOLOGIES LTD, a Delaware corporation,

Counterdefendant.

Case No. 15-cv-01414-HSG

**JOINT STIPULATION AND ORDER RE: PRETRIAL DEADLINES**

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil Local Rules 6-2 and 7-11, and the October 25, 2016 scheduling conference with the Court, Phoenix Technologies Ltd. ("Phoenix") and VMware, Inc. ("VMware") file this joint stipulation regarding revised pretrial deadlines and stipulate as follows:

WHEREAS, the Court proposed that the trial in this matter be reset to February 20, 2017 (Dkt. 200);

WHEREAS, on November 1, 2016, the Parties filed a status report notifying the Court that Phoenix had a conflict with the Court's proposed date (Dkt. 201);

WHEREAS, the Parties propose that the trial in this matter be reset to February 13, 2017;

WHEREAS, the Parties propose that the final pretrial conference in this matter be reset to January 31, 2017;

WHEREAS, the Court's Standing Order for Civil Pre-Trial and Trial matters is silent as to certain deadlines, such as the deadline for exchange of exhibit objections, counter-designations and objections to deposition designations;

WHEREAS, the Parties believe it would be helpful to have a detailed exchange protocol for demonstratives;

WHEREAS, the Parties believe it would be helpful to exchange proposed jury instructions, voir dire questions, and proposed verdict forms in advance of filing them with the Court to minimize disputes;[1]

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

- The parties shall file oppositions to the already-filed *in limine* motions on January 17, 2017.
- The Parties will exchange drafts of proposed jury instructions, voir dire questions, and proposed verdict forms on January 10, 2017. Thereafter, the Parties shall meet and confer in an effort to minimize disputes. The Plaintiff shall file a final set of

[1] The proposals regarding demonstratives and other pretrial exchanges are similar to those found in the parties' previously-filed stipulation. (ECF No. 176.) Docket No. 176 is mooted by the instant stipulation.

joint jury instructions, voir dire questions, and proposed verdict form on January 17, 2017. All other provisions regarding the jury instructions, voir dire questions, and verdict forms in the Court's Standing Order for Civil Pre-Trial and Trial matters shall remain in effect.

- The following table summarizes all remaining deadlines:

| Event | New Date |
|---|---|
| Parties shall exchange exhibit objections, counter-designations and objections to deposition designations. | January 6, 2017 |
| Parties shall exchange drafts of proposed jury instructions, voir dire questions and proposed verdict form. | January 10, 2017 |
| Parties shall exchange objections to deposition counter-designations. | January 17, 2017 |
| Plaintiff to file joint pretrial statement, statement of the case, proposed jury instructions, voir dire questions, and proposed verdict form. | January 17, 2017 |
| Last day to file trial briefs (optional). | January 17, 2017 |
| Last day to file oppositions to motions *in limine*. | January 17, 2017 |
| Last day to submit binders to Court pursuant to ¶ 5 of the Court's standing order. | January 18, 2017 |
| **Final Pretrial Conference** | **January 31, 2017** |
| Last day to submit binders to Court pursuant to ¶ 20 of the Court's standing order. | February 6, 2017 |
| **First Day of Trial** | **February 13, 2017** |

- Demonstratives (e.g., graphics, charts, diagrams, illustrative animations, models, etc.) need not be disclosed with evidentiary exhibits pursuant to paragraph 2 of the Court's Civil Pre-trial and Trial Standing Order. Instead, the parties agree that expert and fact witnesses may use demonstrative presentations that illustrate their testimony. The parties reserve their right to object to demonstratives on any appropriate grounds for objection. Each party shall disclose to the other party all demonstratives that such party will use during the direct examination of a witness or expert witness via email no later than 5:00 p.m. the night before such witness is

scheduled to testify. Each party shall disclose to the other party all demonstratives that such party will use during the cross examination of a witness or expert witness just prior to the beginning of that witness's or expert's cross examination so that the other party may have sufficient time to review them and raise objections before the examination begins. Excerpts, call-outs, blow-ups, or highlighting of admitted exhibits, without more, are exempt from exchange. After demonstratives have been used during trial, the parties may "lodge" them in the case docket in order for them to become part of the official record of the case. They will not be admitted as exhibits. The disclosure of demonstratives that the parties plan to use in the opening statement shall be governed by a separate procedure outlined in the Joint Pretrial Statement.

**IT IS SO STIPULATED.**

Dated: November 16, 2016

COOLEY LLP

*/s/ Whitty Somvichian*
Whitty Somvichian

Attorneys for Plaintiff and Counterdefendant PHOENIX TECHNOLOGIES LTD.

Dated: November 16, 2016

MORRISON & FOERSTER LLP

*/s/ Diana Kruze*
Diana Kruze[2]

Attorneys for Defendant and Counterclaimant VMWARE, INC.

---

[2] I, Diana Kruze, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3). I hereby attest that Whitty Somvichian has concurred in this filing.

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Date: November 17, 2016

Honorable Haywood S. Gilliam, Jr.
United States District Judge