UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., <br> Plaintiff, <br> v. <br> VMWARE, INC., <br> Defendant. | Case No. 15-cv-01414-HSG <br><br> **ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** <br><br> Re: Dkt. Nos. 120, 124, 143, 148, 157, 166 |

Before the Court are several administrative motions to file various documents under seal pursuant to Civil Local Rule 79-5, relating to Plaintiff Phoenix Technologies ("Plaintiff") and Defendant VMware, Inc.'s ("Defendant") cross-motions for summary judgment. *See* Dkt. Nos. 120, 124, 143, 148, 157 & 166. No oppositions to the motions were filed. Having carefully considered each of the requested redactions, the Court **GRANTS IN PART** and **DENIES IN PART** the administrative motions to seal.

### I.   LEGAL STANDARD

Courts generally apply a "compelling reasons" standard when considering motions to seal documents. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2010). "This standard derives from the common law right 'to inspect and copy public records and documents, including judicial records and documents.'" *Id.* (quoting *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)). "[A] strong presumption in favor of access is the starting point." *Kamakana*, 447 F.3d at 1178 (citation and internal quotation marks omitted). To overcome this strong presumption, the moving party must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring

disclosure, such as the public interest in understanding the judicial process." *Id.* at 1178-79 (citations, internal quotation marks, and alterations omitted). "In general, compelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (citation and internal quotation marks omitted). The court must "balance the competing interests of the public and the party who seeks to keep certain judicial records secret. After considering these interests, if the court decides to seal certain judicial records, it must base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Id.* (citations, brackets, and internal quotation marks omitted).

Civil Local Rule 79-5 supplements the "compelling reasons" standard. The party seeking to file under seal must "establish[ ] that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law. . . . The request must be narrowly tailored to seek sealing only of sealable material . . . ." Civ. L.R. 79-5(b).

Finally, records attached to motions that are only "tangentially related to the merits of a case" are not subject to the strong presumption of access. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). Accordingly, parties moving to seal such records must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure. *Id.* at 1097. The "good cause" standard requires a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002) (citation and internal quotation marks omitted); *see also* Fed. R. Civ. P. 26(c).

**II. DISCUSSION**

Here, the Court applies the "compelling reasons" standard because the documents at issue

have more than a tangential relation to the merits of the case. *See Ctr. for Auto Safety*, 809 F.3d at 1101. The Court rules as follows:

| Motion | Document | Ruling | Reason |
|---|---|---|---|
| 120 | Plaintiff's Motion for Summary Judgment ("Plaintiff's Motion"), Exhibit 6 | GRANTED as to pp. 22; 23, 26, 29, 30, 32, 33, 34, 35[1] | Confidential source code. |
| 120 | Plaintiff's Motion, Exhibit 9 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 10 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 11 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 14 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 15 | GRANTED | Confidential Business Agreement. |
| 120 | Plaintiff's Motion, Exhibit 16 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 19 | GRANTED | Confidential Business Agreement. |
| 120 | Plaintiff's Motion, Exhibit 20 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 21 | GRANTED | Confidential Business Agreement. |
| 120 | Plaintiff's Motion, Exhibit 22 | GRANTED | Confidential Business Agreement. |
| 120 | Plaintiff's Motion, Exhibit 23 | GRANTED | Confidential Business Agreement. |
| 120 | Plaintiff's Motion, Exhibit 26 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 27 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 35 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 37 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 38 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 42 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 43 | GRANTED | Confidential Product Development Information. |
| 120 | Plaintiff's Motion, Exhibit 44 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 45 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 47 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 48 | GRANTED | Confidential Copyright Information. |
| 120 | Plaintiff's Motion, Exhibit 51 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 54 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 59 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 60 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion , Exhibit 61 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 62 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 63 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 65 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 68 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 71 | DENIED | No Declaration in Support. |
| 120 | Plaintiff's Motion, Exhibit 72 | DENIED | No Declaration in Support. |
| 148 | Plaintiff's Opposition to Defendant's Motion for summary judgment ("Plaintiff's Opp.") | DENIED as to pp. 2, 3, 4, 7, 12, 13, 19 | No Declaration in Support. |
| 148 | Plaintiff's Opp., Exhibit 74 | GRANTED | Confidential Business Information. |
| 148 | Plaintiff's Opp., Exhibit 75 | GRANTED as to 146, 147 | Confidential Business Information. |
| 148 | Plaintiff's Opp., Exhibit 76 | DENIED | No Declaration in Support. |
| 148 | Plaintiff's Opp., Exhibit 77 | GRANTED | Confidential Product Development Information. |

---

[1] Two of Plaintiff's motions to file documents under seal refer to entire pages rather than the discrete portions of text on each page that have been redacted. *See* Dkt. Nos. 120, 148. Unless otherwise stated, the Court's order applies only to the previously proposed redactions.

3

| | | | |
|---|---|---|---|
| 148 | Plaintiff's Opp., Exhibit 79 | GRANTED as to 53, 161-62 | Confidential Business Information. |
| 148 | Plaintiff's Opp., Exhibit 80 | DENIED | No Declaration in Support. |
| 148 | Plaintiff's Opp., Exhibit 81 | GRANTED | Confidential Business Information. |
| 148 | Plaintiff's Opp., Exhibit 82 | GRANTED as to 46, 47, 48, 49 | Confidential Business Information. |
| 148 | Plaintiff's Opp., Exhibit 84 | GRANTED as to 1, 3 | Confidential Business Information. |
| 148 | Plaintiff's Opp., Exhibit 85 | GRANTED as to 94, 95 | Confidential Business Information. |
| 148 | Plaintiff's Opp., Exhibit 87 | GRANTED | Confidential Business Information. |
| 148 | Plaintiff's Opp., Exhibit 88 | GRANTED as to 9:3-11:25; 30:4-25; 51, 53 | Confidential Business Information. |
| 148 | Plaintiff's Opp., Exhibit 101 | GRANTED | Confidential Business Agreement. |
| 148 | Plaintiff's Opp., Exhibit 102 | GRANTED | Confidential Business Presentation. |
| 148 | Plaintiff's Opp., Exhibit 104 | DENIED | No Declaration in Support. |
| 148 | Plaintiff's Opp., Exhibit 105 | DENIED | No Declaration in Support. |
| 157 | Plaintiff's Reply to Defendant's Motion for Summary Judgment ("Plaintiff's Reply"), Exhibit 106 | DENIED | No Declaration in Support. |
| 157 | Plaintiff's Reply, Exhibit 107 | DENIED | No Declaration in Support. |
| 157 | Plaintiff's Reply, Exhibit 108 | DENIED | No Declaration in Support. |
| 157 | Plaintiff's Reply, Exhibit 112 | DENIED | No Declaration in Support. |
| 157 | Plaintiff's Reply, Exhibit 115 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion for Summary Judgment ("Defendant's Motion") | GRANTED as to 5:21-22; 10:3-4 | Confidential Business Information. |
| | | DENIED as to 4:24-27; 8:3-7, 13-14; 9:18-22; 10:5-9, 11-12; 11:11, 15-16, 22-24; 12:10-13, 19-25; 13:5-9, 11-12, 21-24, 28; 14:1-9, 15-16; 15:4-5, 11-13; 18:1, 25, 27-28; 20:9-12, 24-25; 21:12-14, 20-28; 22:1; 23:4-24; 24:1-17 & n.16; 25:13, 21; 28:17 | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 2 | DENIED as to pp. 22 ¶ 68; 23 ¶¶ 69-70; 26 ¶ 85; 29 ¶ 92; 32 ¶ 102; 34 ¶ 114; 35 ¶ 118 | Relevant Pages Not Included in Exhibit 2. |
| 124 | Defendant's Motion, Exhibit 3 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 5 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 6 | GRANTED as to 510:17-514:25; 589:10-19 | Confidential Business Information. |
| 124 | Defendant's Motion, Exhibit 7 | GRANTED | Confidential Business Agreement. |
| 124 | Defendant's Motion, Exhibit 8 | GRANTED | Confidential Business Agreement. |
| 124 | Defendant's Motion, Exhibit 9 | GRANTED | Confidential Business Agreement. |
| 124 | Defendant's Motion, Exhibit 10 | GRANTED | Confidential Business Agreement. |
| 124 | Defendant's Motion, Exhibit 11 | GRANTED | Confidential Business Agreement. |
| 124 | Defendant's Motion, Exhibit 12 | GRANTED | Confidential Business Agreement. |
| 124 | Defendant's Motion, Exhibit 13 | GRANTED | Confidential Business Agreement. |
| 124 | Defendant's Motion, Exhibit 14 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 18 | GRANTED as to 39:3, 13, 15-16, 18-20; 44:21, 24-25; 45:16; 46:11-12 | Confidential Business Information. |
| 124 | Defendant's Motion, Exhibit 29 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 33 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 35 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 37 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 38 | GRANTED as to PHX00000597, PHX00000598, | Confidential Business and Personal Information. |

| | | | |
|---|---|---|---|
| | | PHX00000599, PHX00000600, PHX00000601-04, PHX00000605, PHX00000606 | |
| 124 | Defendant's Motion, Exhibit 39 | GRANTED as to 101:10-17 | Confidential Business Information. |
| 124 | Defendant's Motion, Exhibit 40 | GRANTED as to 2:22-28, 3:1-22, 4:5-6, 7:8, 8:12-28, 9:1-10, 15-17 | Confidential Business and Personal Information. |
| 124 | Defendant's Motion, Exhibit 41 | GRANTED | Confidential Business Agreement. |
| 124 | Defendant's Motion, Exhibit 42 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 46 | 6:17-24 | Confidential Business Information. |
| 124 | Defendant's Motion, Exhibit 47 | 9:25 | Confidential Personal Information. |
| 124 | Defendant's Motion, Exhibit 48 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 60 | GRANTED as to PHX00019323 | Confidential Personal Information. |
| 124 | Defendant's Motion, Exhibit 61 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 63 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 64 | DENIED | No Declaration in Support. |
| 124 | Defendant's Motion, Exhibit 65 | GRANTED as to 142:17-19; 143:24-144:4 | Confidential Business Information. |
| 124 | Defendant's Motion, Exhibit 66 | GRANTED | Confidential Business Information. |
| 124 | Defendant's Motion, Exhibit 67 | GRANTED as to licensing and pricing information on p. PHX00050644 | Confidential Business Information. |
| 124 | Defendant's Motion, Exhibit 69 | GRANTED as to as to licensing and pricing information on p. PHX00050546 | Confidential Business Information. |
| 124 | Defendant's Motion, Exhibit 72 | GRANTED as to 1, 3: ¶ 4: ¶ 6; Schedule A | Confidential Business Information. |
| | | DENIED as to 11: Header C, ¶¶ 21-23; 12: ¶¶ 23, 25; 13: ¶ 26; 19: ¶¶ 44-45; 20: ¶ 46; 22: ¶ 53; 23: ¶ 55; 26: ¶ 62, n.95; 28: ¶ 69; 30: ¶ 73; 31: Header F, ¶¶ 77-78; 32: ¶ 80; 33: ¶¶ 84-85; 40: ¶ 103 n.175, Schedules B, C | Relevant Pages Not Included in Exhibit 72. |
| 143 | Defendant's Opposition to Plaintiff's Motion for summary judgment ("Defendant's Opp.") | DENIED as to 2:12, 17-18; 6:10-15, 20-23; 7:23-24; 8:2-5; 10:5-7; 13:25; 15:2-4; 18:16, 21, 23-25; 21:13-14; 22:9; 25:20-21 | No Declaration of Support. |
| 143 | Defendant's Opp., Exhibit A | DENIED | No Declaration of Support. |
| 143 | Defendant's Opp., Exhibit B | DENIED | No Declaration of Support. |
| 143 | Defendant's Opp., Exhibit E | DENIED | No Declaration of Support. |
| 143 | Defendant's Opp., Exhibit F | GRANTED | Confidential Customer Agreement. |
| 143 | Defendant's Opp., Decl. of Todd C. Mowry | DENIED as to 2:19-21; 6:7-8 | No Declaration of Support. |
| 143 | Defendant's Opp., Decl. of Todd C. Mowry, Exhibit 2 | DENIED | No Declaration of Support. |
| 166 | Defendant's Reply to Plaintiff's Motion for Summary Judgment ("Defendant's Reply") | GRANTED as to 7:<br><br>DENIED as to 12:7-9 | Confidential Business Information.<br><br>No Declaration of Support. |
| 166 | Defendant's Reply, Decl. of Michael A. Jacobs, Exhibit 77 | DENIED | No Declaration of Support. |
| 166 | Defendant's Reply, Decl. of Michael A. Jacobs, Exhibit 78 | DENIED | No Declaration of Support. |
| 166 | Defendant's Reply, Decl. of | DENIED | No Declaration of Support. |

| | Michael A. Jacobs, Exhibit 79 | | |
|---|---|---|---|

### III. CONCLUSION

Pursuant to Civil Local Rule 79-5(f)(3), the parties must, within 7 days, file the necessary revised versions of the documents listed in the chart above. Defendant may also file, within 7 days of this Order, unredacted versions of Exhibits 2 and 72 to Defendant's Motion for Summary Judgment that include all relevant pages to which Defendant's motion to seal refers.

**IT IS SO ORDERED.**

Dated: 12/6/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge