UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>　　　　　　Defendant.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>　　　　　　Counterdefendant. | Case No. 15-cv-01414-HSG<br><br>**ORDER GRANTING PLAINTIFF PHOENIX TECHNOLOGIES LTD.'S ADMIN MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NOS. 240 AND 243-19**<br><br>Complaint Filed: March 27, 2015<br>Trial Date:  February 13, 2017<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[P~~ROPOSED~~] ORDER GRANTING PL.'S ADMIN MTN.
TO REMOVE DOCUMENTS FROM DOCKET
CASE NO. 15-01414-HSG

1  Having reviewed and considered Plaintiff Phoenix Technologies Ltd.'s Motion to Remove
2  Incorrectly Filed Documents: Docket Nos. 240 and 243-19, which Phoenix filed on January 18,
3  2017, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Phoenix's Motion
4  shall be granted.

7  **IT IS SO ORDERED.**

8  Dated: January 19, 2017

   _____
   Honorable Haywood S. Gilliam, Jr.
   United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER GRANTING PL.'S ADMIN
MTN. TO REMOVE DOCUMENTS FROM DOCKET
CASE NO. 15-01414-HSG