| | |
|---|---|
| MICHAEL ATTANASIO (CA SBN 151529) | MICHAEL A. JACOBS (CA SBN 111664) |
| mattanasio@cooley.com | MJacobs@mofo.com |
| WHITTY SOMVICHIAN (CA SBN 194463) | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| wsomvichian@cooley.com | AGonzalez@mofo.com |
| AMANDA A. MAIN (CA SBN 260814) | ALEXIS A. AMEZCUA (CA SBN 247507) |
| (amain@cooley.com) | AAmezcua@mofo.com |
| DREW KONING (CA SBN 263082) | DIANA KRUZE (CA SBN 247605) |
| (dkoning@cooley.com) | DKruze@mofo.com |
| AARTI G. REDDY (CA SBN 274889) | CHRISTOPHER L. ROBINSON (CA SBN 260778) |
| (areddy@cooley.com) | ChristopherRobinson@mofo.com |
| COOLEY LLP | MORRISON & FOERSTER LLP |
| 101 California Street, 5th Floor | 425 Market Street |
| San Francisco, California 94111-5800 | San Francisco, California  94105-2482 |
| Telephone: 415.693.2000 | Telephone: 415.268.7000 |
| Facsimile: 415.693.2222 | Facsimile: 415.268.7522 |
| Attorneys for Plaintiff and Counterdefendant PHOENIX TECHNOLOGIES LTD. | Attorneys for Defendant and Counterclaimant VMWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 15-cv-01414-HSG<br><br>**JOINT STIPULATION AND ORDER RE: BRIEFING SCHEDULE** |
| VMWARE, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD, a Delaware corporation,<br><br>Counterdefendant. | |

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE
Case No. 15-cv-01414-HSG
sf-3743094

**STIPULATION AND ORDER**

Pursuant to Civil Local Rule 7-12, and the February 2, 2017 pretrial conference with the Court, Phoenix Technologies Ltd. ("Phoenix") and VMware, Inc. ("VMware") file this joint stipulation regarding a simultaneous briefing schedule in advance of the April 17, 2017 charging conference:

WHEREAS, the Court has set a charging conference to address the issues set forth in Dkt. 268 for April 17, 2017 (Dkt. 269);

WHEREAS, the Court has ordered the parties to submit a simultaneous briefing schedule in advance of the charging conference (Dkt. 266 at 52:12-15);

WHEREAS, the Court has ordered that the briefs be no longer than ten pages (Dkt. 266 at 52:24);

WHEREAS, the Parties propose that the filing deadline for the briefs be set for two weeks prior to the charging conference, on April 3, 2017.

NOW, THEREFORE, the Parties hereby stipulate and agree to the following:

- Each party shall file a brief covering the issues set forth in Dkt. 268, not to exceed ten pages, by April 3, 2017.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: February 23, 2017 | Dated: February 23, 2017 |
| COOLEY LLP | MORRISON & FOERSTER LLP |
| */s/ Whitty Somvichian* | */s/ Arturo J. González* |
| Whitty Somvichian | Arturo J. González [1] |
| Attorneys for Plaintiff and Counterdefendant PHOENIX TECHNOLOGIES LTD. | Attorneys for Defendant and Counterclaimant VMWARE, INC. |

---

[1] I, Arturo González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3). I hereby attest that Whitty Somvichian has concurred in this filing.

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE    1
CASE NO. 3:15-cv-01414-HSG
sf-3743094

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION,**

**IT IS SO ORDERED.**

Date: <u>February 24, 2017</u>

*[signature: Haywood S. Gilliam Jr.]*
Honorable Haywood S. Gilliam, Jr.
United States District Judge