UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>VMWARE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 15-cv-01414-HSG<br><br>**ORDER DENYING PHOENIX'S MOTIONS *IN LIMINE* NO. 4 & 5** |
| VMWARE, INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>    Counterdefendant. | |

Having reviewed Plaintiff Phoenix Technologies Ltd.'s Motions *in Limine* No. 4 and 5, the supporting materials filed therewith, Defendant VMware, Inc.'s oppositions thereto, and considering arguments at the February 2, 2017, Pretrial Conference, for the reasons stated on the record, the motions are **DENIED**.

**IT IS SO ORDERED.**

Dated: April 13, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge