UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., <br>     Plaintiff, <br> v. <br> VMWARE, INC., <br>     Defendant. | Case No.15-cv-01414-HSG <br><br> **ORDER FOR JURY REFRESHMENTS** |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 8 members of the jury in the above-entitled matter beginning **May 30, 2017 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 2, 4th Floor (Oakland), Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

IT IS SO ORDERED.

Dated: May 18, 2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge