| | |
|---|---|
| MICHAEL ATTANASIO (CA SBN 151529) | MICHAEL A. JACOBS (CA SBN 111664) |
| mattanasio@cooley.com | MJacobs@mofo.com |
| WHITTY SOMVICHIAN (CA SBN 194463) | ARTURO J. GONZÁLEZ (CA SBN 121490) |
| wsomvichian@cooley.com | AGonzalez@mofo.com |
| AMANDA A. MAIN (CA SBN 260814) | ALEXIS A. AMEZCUA (CA SBN 247507) |
| (amain@cooley.com) | AAmezcua@mofo.com |
| DREW KONING (CA SBN 263082) | DIANA KRUZE (CA SBN 247605) |
| (dkoning@cooley.com) | DKruze@mofo.com |
| AARTI G. REDDY (CA SBN 274889) | CHRISTOPHER L. ROBINSON (CA SBN 260778) |
| (areddy@cooley.com) | ChristopherRobinson@mofo.com |
| COOLEY LLP | MORRISON & FOERSTER LLP |
| 101 California Street, 5th Floor | 425 Market Street |
| San Francisco, California 94111-5800 | San Francisco, California 94105-2482 |
| Telephone: 415.693.2000 | Telephone: 415.268.7000 |
| Facsimile: 415.693.2222 | Facsimile: 415.268.7522 |
| Attorneys for Plaintiff and Counterdefendant PHOENIX TECHNOLOGIES LTD. | Attorneys for Defendant and Counterclaimant VMWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES, LTD., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> VMWARE, INC., a Delaware corporation, <br><br> Defendant. | Case No. 15-cv-01414 HSG <br><br> **JOINT REQUEST AND ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM** <br><br> Trial Date: May 30, 2017 <br> Time: 8:30 AM <br> Ctrm 2, 4th Floor |
| VMWARE, INC., a Delaware corporation, <br><br> Counterclaimant, <br><br> v. <br><br> PHOENIX TECHNOLOGIES LTD., a Delaware corporation, <br><br> Counterdefendant. | |

WHEREAS, Plaintiff Phoenix Technologies Ltd. and Defendant VMware, Inc. (hereafter, "the Parties") jointly seeks to use certain equipment and devices at trial starting on May 30, 2017;

NOW THEREFORE, IT IS HEREBY REQUESTED:

1. The Parties and their attorneys, paralegals, assistants and consultants may bring the following materials into the courtroom for use at trial beginning on May 30, 2017:

- laptop computers;
- laser pointers;
- LCD monitors;
- various cables, cords, adaptors, and power strips;
- tech tables;
- printers;
- boxes of documents and supplies

2. Beginning at 10:00 a.m. on Wednesday, May 24, 2017, the Parties and their attorneys, paralegals, assistants and consultants may have access to the courtroom to set up and test the above-listed equipment so that the Parties will be prepared to proceed with trial as scheduled.

| | | |
|---|---|---|
| Dated: May 18, 2017 | | COOLEY LLP |

By:    /s/ *Whitty Somvichian*
       WHITTY SOMVICHIAN

Attorneys for Plaintiff
and Counterdefendant
PHOENIX TECHNOLOGIES, LTD.

Dated: May 18, 2017       MORRISON & FOERSTER LLP

By:    /s/*Arturo J. González*
       ARTURO J. GONZÁLEZ

Attorneys for Defendant
and Counterclaimant
VMWARE, INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3) and General Order No. 45, § X.B., I hereby attest that Whitty Somvichian has concurred in this filing.

Dated:    May 18, 2017       */s/ Arturo J. González*
                                          ARTURO J. GONZÁLEZ

1    IT IS SO ORDERED.

2

3    Dated: May 18, 2017

4                                          _____
                                            HAYWOOD S. GILLIAM, JR.
5                                           UNITED STATES DISTRICT JUDGE