| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com<br>ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>ALEXIS A. AMEZCUA (CA SBN 247507)<br>AAmezcua@mofo.com<br>DIANA B. KRUZE (CA SBN 247605)<br>DKruze@mofo.com<br>CHRISTOPHER L. ROBINSON (CA SBN 260778)<br>ChristopherRobinson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendant and Counterclaimant<br>VMWARE, INC. | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>(mattanasio@cooley.com)<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>AMANDA A. MAIN (260814)<br>(amain@cooley.com)<br>DREW KONING (263082)<br>(dkoning@cooley.com)<br>AARTI G. REDDY (274889)<br>(areddy@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Plaintiff and Counterdefendant<br>PHOENIX TECHNOLOGIES LTD. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>        Defendant.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>        Counterclaimant,<br><br>        v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>        Counterdefendant. | Case No. 15-cv-01414-HSG<br><br>**STIPULATION REGARDING EXHIBITS AT TRIAL**<br><br>Trial Date: May 30, 2017<br>Pretrial Conference: May 16, 2017<br>Time:    10:00 a.m.<br>Ctrm:    Courtroom 2, 4th Floor<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1       Pursuant to Local Rule 7-12, Plaintiff Phoenix Technologies Ltd. and Defendant VMware, Inc. (collectively, "the parties") by and through their respective counsel, stipulate to the following terms regarding exhibits at trial:

      WHEREAS, the parties have met and conferred regarding the admission of certain trial exhibits from each parties' exhibit list; and

      WHEREAS, the parties have agreed to withdraw their objections to certain documents and agree that they should be admitted at trial;

      NOW, THEREFORE, the parties hereby stipulate and agree that the trial exhibits listed in **Exhibit A** to this stipulation shall be deemed admitted into evidence and be part of the trial record in this action. The parties have attempted in good faith to include only those exhibits that they agreed to in the past few months of negotiations. If an exhibit was included in error, or if the parties inadvertently did not include an exhibit that they had agreed upon, the parties reserve their right to object to that exhibit being admitted and to seek relief from the Court to correct that error, or to request that an inadvertently omitted exhibit be added to the stipulation

      Additionally, as part of this stipulation, Phoenix hereby withdraws its objection to the deposition testimony of Woodson Hobbs at page 17:13-18:15 and the parties agree that that testimony shall be played to the jury.

**IT IS SO STIPULATED.**

///

///

| | | |
|---|---|---|
| Dated: May 15, 2017 | | MORRISON & FOERSTER LLP |

By:  /s/ *Arturo J. González*[1]
ARTURO J. GONZÁLEZ

Attorneys for Defendant
and Counterclaimant
VMWARE, INC.

Dated: May 15, 2017                              COOLEY LLP

By:  /s/ *Whitty Somvichian*
Whitty Somvichian

Attorneys for Plaintiff and Counterdefendant
PHOENIX TECHNOLOGIES LTD.

**IT IS SO ORDERED** except that the trial exhibits listed in **Exhibit A** to this stipulation shall be deemed admitted as presented during trial.

Dated: May 22, 2017

_____
Honorable Haywood S. Gilliam, Jr.

---

[1] I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3). I hereby attest that Whitty Somvichian has concurred in this filing.

**Exhibit A**

Trial Exhibits numbered:

| |
|---|
| 2 |
| 4 |
| 8 |
| 11 |
| 12 |
| 14 |
| 15 |
| 16 |
| 19 |
| 20 |
| 21 |
| 24 |
| 25 |
| 32 |
| 35 |
| 37 |
| 40 |
| 41 |
| 42 |
| 44 |
| 45 |
| 46 |
| 47 |
| 55 |
| 56 |
| 58 |
| 61 |
| 63 |
| 64 |
| 65 |
| 66 |
| 67 |
| 74 |
| 81 |
| 94 |
| 95 |
| 97 |
| 98 |
| 104 |
| 106 |
| 107 |
| 108 |
| 111 |
| 112 |
| 114 |
| 119 |
| 120 |
| 121 |
| 124 |

| |
|---|
| 125 |
| 127 |
| 129 |
| 132 |
| 133 |
| 134 |
| 135 |
| 136 |
| 137 |
| 138 |
| 139 |
| 140 |
| 142 |
| 143 |
| 144 |
| 145 |
| 146 |
| 147 |
| 149 |
| 150 |
| 151 |
| 153 |
| 156 |
| 157 |
| 158 |
| 159 |
| 162 |
| 163 |
| 168 |
| 175 |
| 176 |
| 179 |
| 186 |
| 190 |
| 200 |
| 201 |
| 202 |
| 203 |
| 204 |
| 205 |
| 206 |
| 208 |
| 210 |
| 211 |
| 212 |
| 213 |
| 214 |
| 215 |
| 216 |
| 217 |
| 218 |
| 220 |

| |
|---|
| 221 |
| 222 |
| 224 |
| 226 |
| 228 |
| 229 |
| 242 |
| 247 |
| 248 |
| 249 |
| 251 |
| 259 |
| 267 |
| 268 |
| 273 |
| 283 |
| 284 |
| 292 |
| 300 |
| 305 |
| 307 |
| 309 |
| 314 |
| 325 |
| 326 |
| 328 |
| 334 |
| 335 |
| 336 |
| 371 |
| 381 |
| 383 |
| 461 |
| 462 |
| 467 |
| 468 |
| 469 |
| 470 |
| 474 |
| 475 |
| 492 |
| 493 |
| 496 |
| 497 |
| 498 |
| 500 |
| 501 |
| 502 |
| 503 |
| 505 |
| 508 |
| 509 |

| |
|---|
| 510 |
| 512 |
| 513 |
| 514 |
| 515 |
| 516 |
| 517 |
| 518 |
| 519 |
| 520 |
| 524 |
| 526 |
| 527 |
| 555 |
| 556 |
| 557 |
| 561 |
| 573 |
| 574 |
| 575 |
| 576 |
| 578 |
| 580 |
| 587 |
| 665 |
| 666 |
| 667 |
| 677 |
| 719 |
| 720 |
| 721 |
| 722 |
| 723 |
| 724 |
| 725 |
| 726 |
| 727 |
| 728 |
| 729 |
| 730 |
| 731 |
| 733 |
| 734 |
| 735 |
| 736 |
| 737 |
| 738 |
| 739 |
| 741 |
| 743 |
| 744 |
| 745 |

| |
|---|
| 746 |
| 747 |
| 748 |
| 749 |
| 752 |
| 753 |
| 755 |
| 756 |
| 757 |
| 758 |
| 759 |
| 762 |
| 763 |
| 765 |
| 766 |
| 767 |
| 1011 |
| 1020 |
| 1022 |
| 1023 |
| 1024 |
| 1031 |
| 1032 |
| 1044 |
| 1047 |
| 1056 |
| 1061 |
| 1062 |
| 1063 |
| 1064 |
| 1088 |
| 1089 |
| 1090 |
| 1092 |
| 1123 |
| 1128 |
| 1141 |
| 1143 |
| 1149 |
| 1154 |
| 1158 |
| 1165 |
| 1172 |
| 1173 |
| 1174 |
| 1176 |
| 1180 |
| 1182 |
| 1183 |
| 1185 |
| 1190 |
| 1204 |

| |
|---|
| 1205 |
| 1208 |
| 1210 |
| 1212 |
| 1213 |
| 1217 |
| 1220 |
| 1221 |
| 1224 |
| 1225 |
| 1229 |
| 1232 |
| 1233 |
| 1235 |
| 1237 |
| 1238 |
| 1240 |
| 1245 |
| 1247 |
| 1248 |
| 1250 |
| 1261 |
| 1269 |
| 1270 |
| 1271 |
| 1273 |
| 1274 |
| 1276 |
| 1277 |
| 1279 |
| 1282 |
| 1284 |
| 1286 |
| 1288 |
| 1292 |
| 1293 |
| 1295 |
| 1297 |
| 1299 |
| 1300 |
| 1301 |
| 1305 |
| 1315 |
| 1316 |
| 1321 |
| 1324 |
| 1355 |
| 1356 |
| 1363 |
| 1364 |
| 1367 |
| 1368 |

| |
|---|
| 1371 |
| 1379 |
| 1381 |
| 1382 |
| 1385 |
| 1387 |
| 1390 |
| 1392 |
| 1405 |
| 1406 |
| 1410 |
| 1411 |
| 1417 |
| 1418 |
| 1428 |
| 1430 |
| 1433 |
| 1453 |
| 1455 |
| 1457 |
| 1463 |
| 1464 |
| 1466 |
| 1471 |
| 1472 |
| 1475 |
| 1476 |
| 1479 |
| 1480 |
| 1482 |
| 1486 |
| 1489 |
| 1491 |
| 1496 |
| 1499 |
| 1501 |
| 1504 |
| 1505 |
| 1507 |
| 1508 |
| 1510 |
| 1511 |
| 1512 |
| 1514 |
| 1515 |
| 1517 |
| 1526 |
| 1527 |
| 1529 |
| 1530 |
| 1543 |
| 1560 |

| |
|:---:|
| 1567 |
| 1572 |
| 1574 |
| 1584 |
| 1585 |
| 1586 |
| 1591 |
| 1592 |
| 1594 |
| 1599 |
| 1608 |
| 1609 |
| 1610 |
| 1613 |
| 1614 |
| 1615 |
| 1619 |
| 1640 |
| 1641 |
| 1642 |
| 1684 |
| 1697 |
| 1698 |
| 1706 |
| 1740 |
| 1743 |
| 1746 |
| 1747 |
| 1748 |
| 1783 |
| 1784 |
| 1785 |
| 1786 |
| 1796 |
| 1797 |