COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
AMANDA A. MAIN (260814)
(amain@cooley.com)
DREW KONING (263082)
(dkoning@cooley.com)
AARTI G. REDDY (274889)
(areddy@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff and Counterdefendant
PHOENIX TECHNOLOGIES LTD.

MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (111664)
(MJacobs@mofo.com)
ARTURO J. GONZALEZ (121490)
(AGonzalez@mofo.com)
ALEXIS A. AMEZCUA (247507)
(AAmezcua@mofo.com)
DIANE B. KRUZE (247605)
(DKruze@mofo.com)
CHRISTOPHER L. ROBINSON (260778)
(ChristopherRobinson@mofo.com)
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendant and Counterclaimant
VMWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PHOENIX TECHNOLOGIES LTD., a
Delaware Corporation,

Plaintiff,

v.

VMWARE, INC., a Delaware Corporation,

Defendant.

VMWARE, INC., a Delaware Corporation,

Counterclaimant,

v.

PHOENIX TECHNOLOGIES LTD., a
Delaware Corporation,

Counterdefendant.

Case No.  15-cv-01414-HSG

**SECOND STIPULATION
REGARDING TRIAL EXHIBITS**

Trial Date: May 30, 2017
Time: 8:30 a.m.
Ctrm:  Courtroom 2, 4th Floor

Judge: Hon. Haywood S. Gilliam, Jr.

1    Pursuant to Local Rule 7-12, Plaintiff Phoenix Technologies Ltd. and Defendant VMware,

2   Inc. (collectively, "the parties") by and through their respective counsel, stipulate to the following

3   terms regarding exhibits at trial:

4        WHEREAS, the parties have met and conferred regarding the admission of certain additional

5   trial exhibits from each party's exhibit list; and

6        WHEREAS, the parties have agreed to withdraw their objections to certain documents and

7   agree that they should be admitted at trial;

8        NOW, THEREFORE, the parties hereby stipulate and agree that the trial exhibits listed in

9   **Exhibit A** to this stipulation shall be deemed admitted into evidence and be part of the trial record in

10  this action.  The parties have attempted in good faith to include only those exhibits that they agreed

11  to in the past few months of negotiations.  If an exhibit was included in error, or if the parties

12  inadvertently did not include an exhibit that they had agreed upon, the parties reserve their right to

13  object to that exhibit being admitted and to seek relief from the Court to correct that error, or to

14  request that an inadvertently omitted exhibit be added to the stipulation.

15       **IT IS SO STIPULATED.**

16  ///

17  ///

18

19

20

21

22

23

24

25

26

27

28

1

2    Dated:        May 22, 2017              COOLEY LLP

3

4                                           /s/ Whitty Somvichian[1]
                                            Whitty Somvichian (194463)
5                                           Attorneys for Plaintiff and Counterdefendant
                                            PHOENIX TECHNOLOGIES LTD.
6

7    Dated:        May 22, 2017              MORRISON & FOERSTER LLP

8

9                                           /s/ Arturo J. González
                                            Arturo J. González (121490)
10                                          Attorneys for Defendant and Counterclaimant
                                            VMWARE, INC.
11

12

13   IT IS SO ORDERED except that the trial exhibits listed in Exhibit A to this stipulation shall be

14   deemed admitted as presented during trial.

15   Dated: May ___23___, 2017              _____
                                            Honorable Haywood S. Gilliam, Jr.
16

17

18

19

20

21

22

23

24

25

26

27   [1] I, Whitty Somvichian, am the ECF User whose ID and password are being used to file this
     Stipulation.  In compliance with Civil L.R. 5-1(i)(3) I hereby attest that Arturo J. González has
28   concurred in this filing.

1    **Exhibit A**

2    Trial Exhibits numbered:

3    | |
     |---|
     | 1 |
     | 3 |
     | 13 |
     | 17 |
     | 57 |
     | 62 |
     | 69 |
     | 70 |
     | 80 |
     | 82 |
     | 102 |
     | 117 |
     | 141 |
     | 169 |
     | 227 |
     | 230 |
     | 460 |
     | 465 |
     | 472 |
     | 473 |
     | 545 |
     | 565 |
     | 708 |
     | 709 |
     | 717 |
     | 718 |
     | 768 |
     | 1073 |
     | 1138 |
     | 1163 |
     | 1242 |
     | 1244 |
     | 1265 |
     | 1303 |
     | 1320 |
     | 1374 |
     | 1621 |
     | 1682 |
     | 1714 |
     | 1770 |
     | 1771 |
     | 1772 |
     | 1773 |