COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
AMANDA A. MAIN (260814)
(amain@cooley.com)
DREW KONING (263082)
(dkoning@cooley.com)
AARTI G. REDDY (274889)
(areddy@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff and Counterdefendant
PHOENIX TECHNOLOGIES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>Defendant.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>Counterdefendant. | Case No. 15-cv-01414-HSG<br><br>**ERRATA REGARDING STIPULATION TO TRIAL EXHIBITS [DKT. 331]**<br><br>Trial Date: May 30, 2017<br>Time: 8:30 a.m.<br>Ctrm: Courtroom 2, 4th Floor<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Stipulation Regarding Exhibits at Trial (Dkt. 331), Plaintiff Phoenix Technologies Ltd. hereby notifies the Court that Exhibit 44 was inadvertently included in the stipulation filed on May 15, 2017. To correct this error, Phoenix has omitted Exhibit 44 from the list of trial exhibits submitted for stipulation on May 15, 2017 in **Exhibit A** below. Phoenix requests that the Court amend its Order granting the parties' stipulation (Dkt. 351) to exclude Exhibit 44 from the list of trial exhibits that will be deemed admitted as presented during trial.

Dated: May 24, 2017        COOLEY LLP

*/s/ Whitty Somvichian*
Whitty Somvichian (194463)
Attorneys for Plaintiff and Counterdefendant
PHOENIX TECHNOLOGIES LTD.

**IT IS SO ORDERED.**

Dated: May 25, 2017        _____
                           Honorable Haywood S. Gilliam, Jr.

## Exhibit A

Trial Exhibits numbered:

| |
|---|
| 2 |
| 4 |
| 8 |
| 11 |
| 12 |
| 14 |
| 15 |
| 16 |
| 19 |
| 20 |
| 21 |
| 24 |
| 25 |
| 32 |
| 35 |
| 37 |
| 40 |
| 41 |
| 42 |
| 45 |
| 46 |
| 47 |
| 55 |
| 56 |
| 58 |
| 61 |
| 63 |
| 64 |
| 65 |
| 66 |
| 67 |
| 74 |
| 81 |
| 94 |
| 95 |
| 97 |
| 98 |
| 104 |
| 106 |
| 107 |
| 108 |
| 111 |
| 112 |
| 114 |
| 119 |
| 120 |
| 121 |
| 124 |
| 125 |

| |
|---|
| 127 |
| 129 |
| 132 |
| 133 |
| 134 |
| 135 |
| 136 |
| 137 |
| 138 |
| 139 |
| 140 |
| 142 |
| 143 |
| 144 |
| 145 |
| 146 |
| 147 |
| 149 |
| 150 |
| 151 |
| 153 |
| 156 |
| 157 |
| 158 |
| 159 |
| 162 |
| 163 |
| 168 |
| 175 |
| 176 |
| 179 |
| 186 |
| 190 |
| 200 |
| 201 |
| 202 |
| 203 |
| 204 |
| 205 |
| 206 |
| 208 |
| 210 |
| 211 |
| 212 |
| 213 |
| 214 |
| 215 |
| 216 |
| 217 |
| 218 |
| 220 |
| 221 |

| |
|---|
| 222 |
| 224 |
| 226 |
| 228 |
| 229 |
| 242 |
| 247 |
| 248 |
| 249 |
| 251 |
| 259 |
| 267 |
| 268 |
| 273 |
| 283 |
| 284 |
| 292 |
| 300 |
| 305 |
| 307 |
| 309 |
| 314 |
| 325 |
| 326 |
| 328 |
| 334 |
| 335 |
| 336 |
| 371 |
| 381 |
| 383 |
| 461 |
| 462 |
| 467 |
| 468 |
| 469 |
| 470 |
| 474 |
| 475 |
| 492 |
| 493 |
| 496 |
| 497 |
| 498 |
| 500 |
| 501 |
| 502 |
| 503 |
| 505 |
| 508 |
| 509 |
| 510 |

| |
|---|
| 512 |
| 513 |
| 514 |
| 515 |
| 516 |
| 517 |
| 518 |
| 519 |
| 520 |
| 524 |
| 526 |
| 527 |
| 555 |
| 556 |
| 557 |
| 561 |
| 573 |
| 574 |
| 575 |
| 576 |
| 578 |
| 580 |
| 587 |
| 665 |
| 666 |
| 667 |
| 677 |
| 719 |
| 720 |
| 721 |
| 722 |
| 723 |
| 724 |
| 725 |
| 726 |
| 727 |
| 728 |
| 729 |
| 730 |
| 731 |
| 733 |
| 734 |
| 735 |
| 736 |
| 737 |
| 738 |
| 739 |
| 741 |
| 743 |
| 744 |
| 745 |
| 746 |

| |
|---|
| 747 |
| 748 |
| 749 |
| 752 |
| 753 |
| 755 |
| 756 |
| 757 |
| 758 |
| 759 |
| 762 |
| 763 |
| 765 |
| 766 |
| 767 |
| 1011 |
| 1020 |
| 1022 |
| 1023 |
| 1024 |
| 1031 |
| 1032 |
| 1044 |
| 1047 |
| 1056 |
| 1061 |
| 1062 |
| 1063 |
| 1064 |
| 1088 |
| 1089 |
| 1090 |
| 1092 |
| 1123 |
| 1128 |
| 1141 |
| 1143 |
| 1149 |
| 1154 |
| 1158 |
| 1165 |
| 1172 |
| 1173 |
| 1174 |
| 1176 |
| 1180 |
| 1182 |
| 1183 |
| 1185 |
| 1190 |
| 1204 |
| 1205 |

| |
|---|
| 1208 |
| 1210 |
| 1212 |
| 1213 |
| 1217 |
| 1220 |
| 1221 |
| 1224 |
| 1225 |
| 1229 |
| 1232 |
| 1233 |
| 1235 |
| 1237 |
| 1238 |
| 1240 |
| 1245 |
| 1247 |
| 1248 |
| 1250 |
| 1261 |
| 1269 |
| 1270 |
| 1271 |
| 1273 |
| 1274 |
| 1276 |
| 1277 |
| 1279 |
| 1282 |
| 1284 |
| 1286 |
| 1288 |
| 1292 |
| 1293 |
| 1295 |
| 1297 |
| 1299 |
| 1300 |
| 1301 |
| 1305 |
| 1315 |
| 1316 |
| 1321 |
| 1324 |
| 1355 |
| 1356 |
| 1363 |
| 1364 |
| 1367 |
| 1368 |
| 1371 |

| |
|---|
| 1379 |
| 1381 |
| 1382 |
| 1385 |
| 1387 |
| 1390 |
| 1392 |
| 1405 |
| 1406 |
| 1410 |
| 1411 |
| 1417 |
| 1418 |
| 1428 |
| 1430 |
| 1433 |
| 1453 |
| 1455 |
| 1457 |
| 1463 |
| 1464 |
| 1466 |
| 1471 |
| 1472 |
| 1475 |
| 1476 |
| 1479 |
| 1480 |
| 1482 |
| 1486 |
| 1489 |
| 1491 |
| 1496 |
| 1499 |
| 1501 |
| 1504 |
| 1505 |
| 1507 |
| 1508 |
| 1510 |
| 1511 |
| 1512 |
| 1514 |
| 1515 |
| 1517 |
| 1526 |
| 1527 |
| 1529 |
| 1530 |
| 1543 |
| 1560 |
| 1567 |

| |
|---|
| 1572 |
| 1574 |
| 1584 |
| 1585 |
| 1586 |
| 1591 |
| 1592 |
| 1594 |
| 1599 |
| 1608 |
| 1609 |
| 1610 |
| 1613 |
| 1614 |
| 1615 |
| 1619 |
| 1640 |
| 1641 |
| 1642 |
| 1684 |
| 1697 |
| 1698 |
| 1706 |
| 1740 |
| 1743 |
| 1746 |
| 1747 |
| 1748 |
| 1783 |
| 1784 |
| 1785 |
| 1786 |
| 1796 |
| 1797 |

145971177