IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No.   15-cv-01414-HSG<br><br>**VERDICT FORM**<br><br>Trial Date: May 30, 2017<br>Ctrm:   Courtroom 2 — 4th Floor |
| VMWARE, INC., a Delaware Corporation,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>　　　　　Counterdefendant. | |

FILED

JUN 12 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WE, THE JURY IN THE ABOVE-ENTITLED ACTION, unanimously find the following on the questions submitted to us:

## COPYRIGHT INFRINGEMENT

1. Do you find that VMware committed copyright infringement by using the Phoenix BIOS Code in software:

   a. that does not meet the definition of "Licensee's Products"?

   Yes ___ (finding for Phoenix)     No _✓_ (finding for VMware)

   b. in violation of the 440BX chipset provision?

   Yes ___ (finding for Phoenix)     No _✓_ (finding for VMware)

   c. that supports more processors than permitted by the license?

   Yes ___ (finding for Phoenix)     No _✓_ (finding for VMware)

   d. in more locations than permitted by the license?

   Yes ___ (finding for Phoenix)     No _✓_ (finding for VMware)

2. Do you find that VMware committed contributory copyright infringement by causing others to use the Phoenix BIOS Code in a manner that exceeded the scope of the license?

   Yes ___ (finding for Phoenix)     No _✓_ (finding for VMware)

If you answered "No" to all of **Questions 1(a)–(d) and Question 2**, please skip the remaining questions and sign and date this form. If you answered "Yes" to any of **Questions 1(a)–(d) or Question 2**, please move on to **Question 3**.

## STATUTE OF LIMITATIONS

3. If you found that VMware infringed Phoenix's copyright, on what date did Phoenix discover, or should Phoenix have reasonably discovered the infringement? (*See* Jury Instruction No. 25).

   Date: _____

1

## WAIVER

4. Has VMware proven that Phoenix waived its claims against VMware for copyright infringement and/or contributory copyright infringement? (*See* Jury Instruction No. 26).

Yes ✓ (finding for VMware)     No ___ (finding for Phoenix)

If you answered "Yes" to **Question 4**, please skip the remaining questions and sign and date this form. If you answered "Yes" to any of **Questions 1(a)–(d) or Question 2**, and answered "No" to **Question 4**, please answer **Questions 5 and 6**.

## DAMAGES

5. <u>Actual Damages:</u>  State the dollar amount to compensate Phoenix for its actual damages. (*See* Jury Instruction Nos. 25 and 29).

ACTUAL DAMAGES: $_____

6. <u>Defendant's Profits:</u>  State the dollar amount of VMware's profits that are attributable to its copyright infringement and/or contributory copyright infringement.  (*See* Jury Instruction Nos. 25 and 30).

DEFENDANT'S PROFITS: $ _____

When this Special Verdict Form is completed, the jury foreperson shall sign and date the form below:

_Michael Brown_ (signature)     5/12

(Signature of jury foreperson)              (Date form completed)

2