1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>VMWARE, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 15-cv-01414-HSG<br><br>**FINAL JUDGMENT** |
| VMWARE, INC., a Delaware corporation,<br><br>        Counterclaimant,<br><br>  v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>        Counterdefendant. | |

1      In accordance with the jury's verdict in this matter, as rendered on June 12, 2017, IT IS HEREBY ORDERED THAT Final Judgment is entered in favor of defendant and counterclaimant VMware, Inc., and against plaintiff and counterdefendant Phoenix Technologies Ltd.

**IT IS SO ORDERED.**

Dated: 8/3/2017

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge