| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com<br>ARTURO J. GONZÁLEZ (CA SBN 121490)<br>AGonzalez@mofo.com<br>ALEXIS A. AMEZCUA (CA SBN 247507)<br>AAmezcua@mofo.com<br>DIANA B. KRUZE (CA SBN 247605)<br>DKruze@mofo.com<br>CHRISTOPHER L. ROBINSON (CA SBN 260778)<br>ChristopherRobinson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Defendant and Counterclaimant<br>VMWARE, INC. | COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>(mattanasio@cooley.com)<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>AMANDA A. MAIN (260814)<br>(amain@cooley.com)<br>DREW KONING (263082)<br>(dkoning@cooley.com)<br>AARTI G. REDDY (274889)<br>(areddy@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Plaintiff and Counterdefendant<br>PHOENIX TECHNOLOGIES LTD. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>       Defendant.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>       Counterclaimant,<br><br>    v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>       Counterdefendant. | Case No. 15-cv-01414-HSG<br><br>**STIPULATION REGARDING FILING OF VMWARE'S AMENDED BILL OF COSTS AND PHOENIX'S OBJECTIONS THERETO**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1    Pursuant to Local Rule 7-12, Plaintiff Phoenix Technologies Ltd. and Defendant VMware, Inc. (collectively, "the parties") by and through their respective counsel, stipulate to the following relating to VMware's Bill of Costs:

WHEREAS, pursuant to Local Rule 54-2(b), the parties have met and conferred regarding VMware's Bill of Costs, filed on August 17, 2017 (Dkt. 461); and

WHEREAS, in an effort to resolve disagreement about the taxable costs claimed in the bill, VMware has agreed to withdraw its request for certain costs; and

WHEREAS, VMware and Phoenix disagree about certain remaining taxable costs and Phoenix will object to those costs; and

WHEREAS, the current deadline for Phoenix to object to VMware's Bill of Costs is August 31, 2017; and

WHEREAS, the parties agree it would be most efficient for VMware to file an amended bill of costs and for Phoenix to file its objections thereafter.

NOW THEREFORE, the parties hereby stipulate to and request an extension of the Bill of Costs schedule as follows: VMware has until Friday, September 8, 2017, to file an amended Bill of Costs and Phoenix has until Friday, September 22, 2017, to file its objections.

**IT IS SO STIPULATED.**

///

///

| | | |
|---|---|---|
| Dated: August 29, 2017 | MORRISON & FOERSTER LLP | |
| | By: /s/ *Arturo J. González*[1] | |
| | ARTURO J. GONZÁLEZ | |
| | Attorneys for Defendant and Counterclaimant VMWARE, INC. | |
| Dated: August 29, 2017 | COOLEY LLP | |
| | By: /s/ *Whitty Somvichian* | |
| | Whitty Somvichian | |
| | Attorneys for Plaintiff and Counterdefendant PHOENIX TECHNOLOGIES LTD. | |

**IT IS SO ORDERED.**

Dated: August 30, 2017

*Haywood S. Gilliam Jr.* (signature)
Honorable Haywood S. Gilliam, Jr.

---

[1] I, Arturo J. González, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3). I hereby attest that Whitty Somvichian has concurred in this filing.