| | |
|---|---|
| COOLEY LLP<br>MICHAEL A. ATTANASIO (151529)<br>(mattanasio@cooley.com)<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>AMANDA A. MAIN (260814)<br>(amain@cooley.com)<br>DREW KONING (263082)<br>(dkoning@cooley.com)<br>AARTI G. REDDY (274889)<br>(areddy@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Plaintiff and Counterdefendant<br>PHOENIX TECHNOLOGIES LTD. | MORRISON & FOERSTER LLP<br>MICHAEL A. JACOBS (111664)<br>(MJacobs@mofo.com)<br>ARTURO J. GONZALEZ (121490)<br>(AGonzalez@mofo.com)<br>ALEXIS A. AMEZCUA (247507)<br>(AAmezcua@mofo.com)<br>DIANE B. KRUZE (247605)<br>(DKruze@mofo.com)<br>CHRISTOPHER L. ROBINSON (260778)<br>(ChristopherRobinson@mofo.com)<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Defendant and Counterclaimant<br>VMWARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>VMWARE, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 15-cv-01414-HSG<br><br>**STIPULATION TO RESCHEDULE HEARING OF VMWARE'S MOTION FOR ATTORNEYS' FEES & COSTS**<br><br>Ctrm: Courtroom 2, 4th Floor<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |
| VMWARE, INC., a Delaware Corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware Corporation,<br><br>    Counterdefendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO RESCHEDULE HEARING OF VMWARE'S
MOTION FOR ATTORNEYS' FEES & COSTS
CASE NO. 15-CV-01414 HSG

| | |
|---|---|
| 1 | Pursuant to Local Rule 6-1(b), Plaintiff Phoenix Technologies, Ltd. ("Phoenix") and |
| 2 | Defendant VMware, Inc.'s ("VMware") (collectively, "the parties") by and through their respective |
| 3 | counsel, stipulate to the following relating to the Hearing on VMware's Motion for Attorneys' Fees |
| 4 | and Costs: |
| 5 | WHEREAS, on August 17, 2017, VMware filed its Motion for Attorneys' Fees and Costs |
| 6 | ("VMware's Motion") and noticed a hearing date of September 28, 2017 (Dkt. No. 462); and |
| 7 | WHEREAS, on August 31, 2017, Phoenix filed its Opposition to VMware's Motion for |
| 8 | Attorneys' Fees and Costs on August 31, 2017 (Dkt. No. 468) and VMware filed its Reply Brief In |
| 9 | Support of Motion for Attorneys' Fees and Costs on September 7, 2017 (Dkt. No. 477); and |
| 10 | WHEREAS, also on August 31, 2017, Phoenix filed a Renewed Motion for Judgment as a |
| 11 | Matter of Law and Motion for New Trial ("Phoenix's Motion"). Dkt. No. 467. The Hearing on |
| 12 | Phoenix's Motion is scheduled for November 9, 2017. Dkt. No. 471. |
| 13 | WHEREAS, the parties met and conferred regarding the Hearing on VMware's Motion; and |
| 14 | WHEREAS, the parties have agreed that rescheduling the Hearing on VMware's Motion to |
| 15 | November 9, 2017, the same date as the Hearing on Phoenix's Motion, serves the interest of judicial |
| 16 | efficiency. |
| 17 | NOW, THEREFORE, the parties hereby stipulate and request that the Hearing scheduled for |
| 18 | September 28, 2017 on VMware's Motion be rescheduled to November 9, 2017. |
| 19 | **IT IS SO STIPULATED** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION TO RESCHEDULE HEARING OF VMWARE'S
MOTION FOR ATTORNEYS' FEES & COSTS
CASE NO. 15-CV-01414 HSG

| | | |
|---|---|---|
| Dated: | September 14, 2017 | COOLEY LLP |

*/s/ Whitty Somvichian* [1]
Whitty Somvichian (194463)
Attorneys for Plaintiff and Counterdefendant
PHOENIX TECHNOLOGIES LTD.

| | | |
|---|---|---|
| Dated: | September 14, 2017 | MORRISON & FOERSTER LLP |

*/s/ Michael A. Jacobs*
Michael A. Jacobs
Attorneys for Defendant and Counterclaimant
VMWARE, INC.

**IT IS SO ORDERED.**

Dated: September 15, 2017

Honorable Haywood S. Gilliam, Jr.

150798677

---

[1] I, Whitty Somvichian, am the ECF User whose ID and password is being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3). I hereby attest that Michael A. Jacobs has concurred in this filing.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION TO RESCHEDULE HEARING OF VMWARE'S
MOTION FOR ATTORNEYS' FEES & COSTS
CASE NO. 15-CV-01414 HSG