# EXHIBIT A

MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
ALEXIS A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
DIANA B. KRUZE (CA SBN 247605)
DKruze@mofo.com
CHRISTOPHER L. ROBINSON (CA SBN 260778)
ChristopherRobinson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant and Counterclaimant
VMWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES, LTD., a Delaware corporation,<br><br>                         Plaintiff,<br><br>          v.<br><br>VMWARE, INC., a Delaware corporation,<br><br>                         Defendant. | Case No. 15-cv-01414 HSG<br><br>**VMWARE, INC.'S [PROPOSED] STATEMENT OF RECENT DECISION IN SUPPORT OF ITS MOTION FOR ATTORNEY'S FEES AND COSTS** |
| VMWARE, INC., a Delaware corporation,<br><br>                         Counterclaimant,<br><br>          v.<br><br>PHOENIX TECHNOLOGIES LTD., a Delaware corporation,<br><br>                         Counterdefendant. | |

1    Pursuant to Civil Local Rule 7-3(d), and VMware's Request for Leave to File Statement

2  of Recent Decision, VMware submits the following relevant decision:

3    • *Johnson v. Storix, Inc.*, No. 16-55439, 2017 WL 6462472, at *2 (9th Cir. Dec. 19,

4        2017) (affirming district court's decision to award attorney's fees after jury verdict

5        in favor of alleged copyright infringer, holding that "[t]he district court did not

6        abuse its discretion in awarding fees to Storix because it gave 'substantial weight'

7        to the objective reasonableness of Johnson's position but did not rely exclusively

8        on it, and thus the Supreme Court's recent decision in *Kirtsaeng v. John Wiley &*

9        *Sons, Inc.* does not require a different result.  The district court properly relied on

10       other factors that outweighed its findings that Johnson's claims were not

11       objectively unreasonable or frivolous: Johnson's motivation, the degree of

12       Defendant Storix's success, and the need to advance considerations of

13       compensation and deterrence.") (internal citations omitted).  *See* **Attachment 1**.

14

15  Both parties cited the underlying district court decision in their briefing.  (*See* ECF No. 462 at 5

16  & 9 (VMware's Motion); ECF No. 468 at 5, 6, & 24 (Phoenix's Opposition); ECF No. 477 at 11

17  (VMware's Reply).)

18

19  Dated: _____, 2018                    MORRISON & FOERSTER LLP

20

21                                         By:    */s/ Michael A. Jacobs*
                                                 Michael A. Jacobs
22
                                                 Attorneys for Defendant
23                                               and Counterclaimant
                                                 VMWARE, INC.
24

25

26

27

28