UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., a Delaware corporation<br><br>    Plaintiff,<br><br>vs.<br><br>VMWARE, INC., a Delaware Corporation<br><br>    Defendant. | Case No. 15-cv-01414-HSG (DMR)<br><br>**ORDER DENYING VMWARE'S MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |
| VMWARE, INC., a Delaware Corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>PHOENIX TECHNOLOGIES LTD. a Delaware Corporation,<br><br>    Counterdefendant. | |

Having reviewed Defendant VMware's Motion for Leave to File to Statement of Recent Decision, the Court hereby DENIES the motion.

**IT IS SO ORDERED.**

Dated: January 30, 2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge