UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., <br> Plaintiff, <br> v. <br> VMWARE, INC., <br> Defendant. | Case No.15-cv-01414-HSG <br><br> **ORDER DIRECTING SUPPLEMENTAL FILING REGARDING PARTIES' REQUESTS WITH RESPECT TO COSTS** <br><br> Re: Dkt. No. 497 |

Pending before the Court is Defendant VMware, Inc.'s motion for review of the Clerk's taxation of costs. *See* Dkt. No. 497.

Defendant sought $900,951.22 in its Second Amended Bill of Costs, filed September 20, 2017. Dkt. No. 483. On September 22, 2018, Plaintiff Phoenix Technologies, Ltd. objected to $708,076.10 of the costs sought by Defendant. Dkt. No. 486. The Clerk subsequently taxed costs in the amount of $187,626.44, disallowing $713,324.78 of Defendant's request. Dkt. No. 496. With its pending motion, Defendant now purports to seek $900,853.72, *see* Dkt. No. 497 at 2, although it later reduced the amount of its request by at least $4,883.56, *see* Dkt. No. 500 at 12. Plaintiff, for its part, now objects to at least $785,139.16. *See* Dkt. No. 499 at 1. Moreover, the parties are not always entirely clear regarding the final outcome they seek.

//
//
//
//
//
//

1       To assist the Court in deciding Defendant's pending motion, the Court **DIRECTS** the parties to meet and confer and complete the chart attached hereto as Exhibit A. The parties shall jointly submit the completed chart by May 25, 2018. Further, unless the Court directs the parties otherwise, the matter will be deemed submitted upon the parties' submission of the chart and the hearing set for May 23, 2018 is **VACATED**.

**IT IS SO ORDERED.**

Dated: May 22, 2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge