UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX TECHNOLOGIES LTD., <br> Plaintiff, <br> v. <br> VMWARE, INC., <br> Defendant. | Case No. 15-cv-01414-HSG <br><br> **FINAL ORDER DIRECTING TAXATION OF COSTS** <br><br> Re: Dkt. No. 503 |

On September 30, 2018 the Court granted in part and denied in part Defendant VMWare, Inc.'s motion for review of the Clerk's taxation of costs. *See* Dkt. No. 503 ("Order"). The Court directed Defendant to file an accounting and documentation of the costs of the trial transcripts, which it did on October 3, *see* Dkt. No. 504 ("Accounting").

In its Accounting, Defendant sought $6,486.81 in costs for daily transcripts. Accounting ¶ 6. Defendant calculated that total by multiplying its cost per page for daily transcripts ($3.63) by the total number of transcript pages for which it was charged (1,787 pages). *Id.* ¶¶ 3–6. The Court finds this to be a reasonable and fair estimate of the cost of transcripts for trial. As previously ordered, the Court will also award $262.65 for the cost of the summary judgment transcript. *See* Order at 6. In total, the Court awards an additional $6,749.46 in costs for transcripts.

Having made its final determinations in this matter, the Court now directs the Clerk to tax costs as follows:

//

//

//

//

| Category | Amount Allowed by Clerk | Modification by the Court's Order | **Final Taxation** |
|---|---|---|---|
| Service of Process | $0 | $0 | **$0** |
| Reporters' Transcripts | $136.80 | +$6,749.46 | **$6,886.26** |
| Deposition Transcripts & Video Recordings | $39,383.79 | +$932.15 | **$40,315.94** |
| Deposition Exhibits | $3,790.50 | $0 | **$3,790.50** |
| Notary & Reporter Attendance Fees | $0 | $0 | **$0** |
| Disclosure & Formal Discovery Documents | $96,162.66 | ($77,063.06) | **$19,099.60** |
| Visual Aids | $45,273.54 | +$13,734.00 | **$59,007.54** |
| Witness Fees & Expenses | $1,754.15 | $0 | **$1,754.15** |
| Interpreters | $1,125.00 | $0 | **$1,125.00** |
| **TOTAL** | $187,626.44 | ($55,647.45) | **$131,978.99** |

**IT IS SO ORDERED.**

Dated: 10/29/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge